IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION

| | |
|---|---|
| TRENT HENDERSON, individually and on behalf of a class of similarly situated individuals,<br><br>   *Plaintiff*,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation,<br><br>   *Defendant*. | Case No. 1:14-cv-02123-TWT-RGV |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(A)(i), Plaintiff Trent Henderson files this Notice of Voluntary Dismissal of Action Without Prejudice. This case was filed on July 3, 2014. [Doc. 1]. Defendant has not yet filed an Answer in this matter nor has Defendant filed a Motion for Summary Judgment. Accordingly, a voluntary dismissal pursuant to FRCP 41(A)(i) is appropriate.

                Respectfully submitted,

Dated: August 4, 2014      **TRENT HENDERSON**, individually and
                on behalf of all others similarly situated,

                By: s/Jennifer Auer Jordan
                  JENNIFER AUER JORDAN

2

| | |
|---|---|
| Jennifer Auer Jordan | Georgia Bar No. 027857 |

jennifer@thejordanfirm.com
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, Georgia 30309
Tel: 404.445.8400
Fax: 404.445.8477

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that I have this day filed the within and foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** with the Clerk of Court, using Times New Roman, 14-point font.

Dated: August 4, 2014

                                       By: s/Jennifer Auer Jordan
                                             JENNIFER AUER JORDAN

THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, Georgia 30309
Tel: 404.445.8400
Fax: 404.445.8477